**Matthew R. PRITCHARD,**
**Plaintiff—Appellant,**

v.

**James William DELLINGER,**
**Jr., Defendant—Appellee.**

No. 04–1086.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2004.

Decided Oct. 1, 2004.

Matthew R. Pritchard, Appellant pro se. Charles Malcolm Viser, James, McElroy & Diehl, P.A., Charlotte, North Carolina, for Appellee.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Matthew R. Pritchard appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pritchard v. Dellinger,* No. CA–03–383–3–MU–2 (W.D.N.C. Nov. 25, 2003). We deny Pritchard's motions to amend the caption, for appointment of counsel, and for costs and fees, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*